UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SOREN RICHARD OLSEN, III,

          Petitioner,

   v.

JEFFREY PERKINS,

          Respondent.

Case No. 25-638-KKE-MLP

ORDER

This is a 28 U.S.C. § 2254 habeas action currently before the Court on Respondent's motion for an extension of time to file an answer. (Dkt. # 11.) The Court, having reviewed Respondent's motion, the balance of the record, and that Petitioner does not object (dkt. # 13), hereby ORDERS as follows:

(1)    Respondent's motion for an extension of time to file an answer to Petitioner's petition (dkt. # 11) is GRANTED. Respondent shall file his answer on or before July 21, 2025.

(2)    The Clerk is directed to send copies of this order to the parties and to the Honorable Kymberly K. Evanson.

//

//

ORDER - 1

Dated this <u>2nd</u> day of June, 2025.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2