UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SOREN RICHARD OLSEN II,

        Petitioner,

    v.

JEFFREY PERKINS,

        Respondent.

Case No. C25-638-KKE

ORDER DISMISSING ACTION

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge (Dkt. No. 25), Petitioner's objections to that (Dkt. No. 26), and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation. None of Petitioner's objections demonstrates error in the Report and Recommendation. First, although Petitioner contends that Judge Peterson erred in considering his amended petition to be his operative petition, the Report and Recommendation explicitly references both the original and amended petition and addresses the issues raised in both. *See* Dkt. No. 25 at 1.

And to the extent that Petitioner objects that the Report and Recommendation overlooks his request for an evidentiary hearing (Dkt. No. 26 at 6), an evidentiary hearing is not appropriate

ORDER DISMISSING ACTION - 1

here.  *See* Dkt. No. 15 at 5 (setting forth the law that governs when an evidentiary hearing is appropriate, and explaining why it does not support a hearing here).  Judge Peterson explained: "Review under § 2254(d) is limited to the record before the state court[.]"  Dkt. No. 25 at 5 (citing *Cullen v. Pinholster*, 563 U.S. 170, 181–82 (2011)).

Petitioner's other objections fail to establish error in the Report and Recommendation and instead reiterate arguments rejected for reasons persuasively explained in the Report and Recommendation itself.  Thus, Petitioner's objections are OVERRULED.

(2) Petitioner's amended petition for writ of habeas corpus (Dkt. No. 10) is DENIED, and this action is DISMISSED with prejudice.

(3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED.

(4) The Clerk is directed to send copies of this Order to Petitioner, to counsel for Respondent, and to the Honorable Michelle L. Peterson.

Dated this 27th day of October, 2025.

Kymberly K. Evanson
United States District Judge

ORDER DISMISSING ACTION - 2