UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOREN RICHARD OLSEN II, | CASE NO. C25-0638-KKE |
| Petitioner(s), | ORDER DENYING MOTION FOR RECONSIDERATION |
| v. | |
| JEFFREY PERKINS, | |
| Respondent(s). | |

After the Court adopted the Report and Recommendation in this matter, thereby denying Petitioner's habeas petition, denying issuance of a certificate of appealability, and dismissing the action with prejudice, Petitioner filed a notice of appeal. Dkt. No. 29. Ten days later, Petitioner filed a motion for reconsideration. Dkt. No. 31.

Because Petitioner filed his notice of appeal before moving for reconsideration, the Court lacks jurisdiction to consider Petitioner's motion. *See Williams v. Woodford*, 384 F.3d 567, 586 (9th Cir. 2004) ("Once Williams filed his notice of appeal of the district court's judgment denying his habeas petition, the district court lost jurisdiction over the petition."); *Brown v. California*, No. CV 23-1966 ODW (PVC), 2023 WL 9229120, at *1 (C.D. Cal. Nov. 1, 2023) ("As a general matter, the filing of a valid notice of appeal divests a district court of jurisdiction to alter, amend

ORDER DENYING MOTION FOR RECONSIDERATION - 1

or modify the order or judgment challenged in the appeal."). Thus, the Court DENIES Petitioner's motion for reconsideration (Dkt. No. 31) for lack of jurisdiction.

Dated this 12th day of November, 2025.

*Kymberly K Evanson*
Kymberly K. Evanson
United States District Judge

ORDER DENYING MOTION FOR RECONSIDERATION - 2