UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SOREN RICHARD OLSEN, III,

                    Petitioner,

        v.

JEFFREY PERKINS,

                    Respondent.

Case No. C25-638-KKE-MLP

ORDER

Petitioner has filed a motion for leave to appeal *in forma pauperis* ("IFP") in this action. (Dkt. # 34.) Petitioner's motion for leave to proceed IFP on appeal (*id.*) is GRANTED. Petitioner shall be permitted to proceed on appeal without the prepayment of fees.[1] The Clerk is directed to send a copy of this Order to the parties and to the Honorable Kymberly K. Evanson.

Dated this 2nd day of February, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge

---

[1] The only issue presently before this Court is whether Petitioner is eligible to proceed IFP on appeal. Petitioner also presents arguments in his motion going to the substance of his federal habeas claims. However, a certificate of appealability was previously denied (dkt. # 27 at 2; *see also* dkt. # 25 at 14), and nothing in the present motion alters or calls into question that prior analysis.

ORDER - 1